**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JORGE LUIS RUIZ ALMERA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2272-KC** |
| | § | |
| **WARDEN EL PASO PROCESSING CENTER, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered Jorge Luis Ruiz Almera's Petition for a Writ of Habeas Corpus, ECF No. 1. Respondents now inform the Court that Ruiz Almera was removed from the United States. Advisory, ECF No. 3. "[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot." *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)). Because Ruiz Almera has been removed, the Petition is now moot. *See Ortez*, 845 F.2d at 575. Accordingly, the Court **ORDERS** that the Petition, ECF No. 1, is **DISMISSED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 17th day of September, 2026.**

Kathleen Cardone

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE